UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

KRISTEN H. QUIGLEY, et al.      *

    Plaintiffs      *

                                  **CIVIL ACTION NO.:**

v.      *

WENDY J. COLLINS, et al.      *

    Defendants      *

                               *

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## ANSWER TO COMPLAINT

Defendant Amica Mutual Insurance Company, by and through its attorneys, Paul M. Finamore, Brett A. Buckwalter, and Niles, Barton & Wilmer, L.L.P., hereby files this Answer to Plaintiffs' Complaint.

With regard to the specifically numbered paragraphs in the Amended Complaint, Defendant responds as follows:

1. Paragraph 1 contains legal conclusions to which no response is required.

2. Defendant is without sufficient information to admit or deny the averments in Paragraph 2.

3. Defendant is without sufficient information to admit or deny the averments in Paragraph 3.

4. Defendant is without sufficient information to admit or deny the averments in Paragraph 4.

5. Defendant is without sufficient information to admit or deny the averments in Paragraph 5.

6. Defendant is without sufficient information to admit or deny the averments in Paragraph 6.

7. Defendant is without sufficient information to admit or deny the averments in Paragraph 7.

8. Defendant is without sufficient information to admit or deny the averments in Paragraph 8.

9. Defendant is without sufficient information to admit or deny the averments in Paragraph 9.

10. Defendant adopts and incorporates its responses to Paragraphs 1 through 10 as if fully set forth herein.

11. Defendant is without sufficient information to admit or deny the averments in Paragraph 11.

12. Defendant is without sufficient information to admit or deny the averments in Paragraph 12.

13. Defendant adopts and incorporates its responses to Paragraphs 1 through 12 as if fully set forth herein.

14. Admitted that Kristen H. Quigley (nee Humann) carried a policy of insurance for personal auto coverage with Defendant at the time references, the terms and conditions of which speak for themselves. Denied that Plaintiffs carried underinsured motorist benefits under any contract of insurance with Defendant. All other averments stated in Paragraph 14 are denied.

15. Defendant is without sufficient information to admit or deny the averments in Paragraph 15.

**General Denial**

Defendant generally denies all of the allegations in Plaintiffs' Complaint.

**Affirmative Defenses**

1. Plaintiffs were contributorily negligent and/or assumed the risk of their injuries.

2. Plaintiffs' claims are in whole or in part limited by the terms and condition of the insurance contract at issue.

3. Plaintiffs have exacerbated, rather than mitigated, their damages.

4. Plaintiffs claims are barred by the applicable statute of limitations.

5. Plaintiffs have failed to meet one or more policy conditions that are a condition precedent to being entitled to benefits under the insurance contract at issue.

WHEREFORE, having fully Answered the Complaint, Defendant Amica Mutual Insurance Company demands judgment in its favor as to each claim asserted in this case, for fees and costs incurred herein, and for such other and further relief as is just and proper.

Respectfully submitted,

/s/ Paul M. Finamore
PAUL M. FINAMORE
Federal Bar #: 423410

/s/ Brett A. Buckwalter
BRETT A. BUCKWALTER
Federal Bar #: 478382
Niles, Barton & Wilmer, LLP
111 S. Calvert Street
Suite 1400
Baltimore, MD 21202
Telephone (410) 783-6300
Fax (410) 783-6410
pmfinamore@niles-law.com
babuckwalter@niles-law.com
**Attorneys for Defendant**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15 day of October, 2007, a copy of the foregoing

Answer to Complaint was e-filed and mailed, first class, postage prepaid to:

> Joseph J. Mulhern
> Mulhern, Patterson & Marshall, LLP
> 77 West Street, Suite 110
> Annapolis, MD 21401
> **Attorney for Plaintiffs**
>
> Wendy J. Collins
> 245 Church Gate Lane
> Gaithersburg, MD 20878
>
> Michael Anthony Collins
> 3819 Boteler Road
> Mt. Airy, MD 21771
>
> Mark Steve McDowell
> 15017 Fort Trail
> Accokeek, MD 20607
>
> Bilmin Company, Inc.
> 8517 Grovemont Circle
> Gaithersburg, MD 20817
> > Serve: A. Howard Metro, Resident Agent
> > Samek, McMillan & Metro
> > 1901 Research Blvd., Suite 220
> > Rockville, MD 20850

/s/ Brett A. Buckwalter
BRETT A. BUCKWALTER