UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| KRISTEN H. QUIGLEY, et al. | * |
| Plaintiffs | * |
| v. | * CIVIL ACTION NO.: |
| WENDY J. COLLINS, et al. | * |
| Defendants | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### DEFENDANT'S DISCLOSURE OF
### CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS

I, the undersigned counsel of record for Amica Mutual Insurance Company, hereby certify to the best of my knowledge, information, and belief, that Amica Mutual Insurance Company is a Rhode Island Corporation with its principal place of business in Lincoln, Rhode Island. To the best of the undersigned counsel's knowledge, Defendant has no parent companies, and there is no publicly held company owning a greater than 10% interest in the Defendant. If additional or different information is learned, counsel will promptly supplement this Statement as required.

Respectfully submitted,

/s/ Paul M. Finamore
PAUL M. FINAMORE
Federal Bar #: 423410

/s/ Brett A. Buckwalter
BRETT A. BUCKWALTER
Federal Bar #: 478382
Niles, Barton & Wilmer, LLP
111 S. Calvert Street
Suite 1400
Baltimore, MD 21202
Telephone (410) 783-6300
Fax (410) 783-6410
pmfinamore@niles-law.com
babuckwalter@niles-law.com
**Attorneys for Defendant**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th␣&␣17th day of October, 2007, a copy of the foregoing Disclosure of Corporate Affiliations and Financial Interests was e-filed and mailed, first class, postage prepaid to:

Joseph J. Mulhern
Mulhern, Patterson & Marshall, LLP
77 West Street, Suite 110
Annapolis, MD 21401
**Attorney for Plaintiffs**

Wendy J. Collins
245 Church Gate Lane
Gaithersburg, MD 20878

Michael Anthony Collins
3819 Boteler Road
Mt. Airy, MD 21771

Mark Steve McDowell
15017 Fort Trail
Accokeek, MD 20607

ND: 4844-5462-6305, v. 1

Bilmin Company, Inc.
8517 Grovemont Circle
Gaithersburg, MD 20817
    Serve: A. Howard Metro, Resident Agent
          Samek, McMillan & Metro
          1901 Research Blvd., Suite 220
          Rockville, MD 20850

/s/ Brett A. Buckwalter
BRETT A. BUCKWALTER

ND: 4844-5462-6305, v. 1