UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| **KRISTEN H. QUIGLEY et al.** | * | |
| Plaintiffs | * | |
| | * | Case No. 1:07-cv-01873-JDB |
| v. | * | |
| **WENDY J. COLLINS et al.** | * | |
| Defendants | * | |
| | * | |

_____

### ANSWER AND CROSSCLAIM OF DEFENDANTS WENDY AND MICHAEL COLLINS AGAINST DEFENDANTS MARK MCDOWELL AND BILMIN COMPANY, INC.

COME NOW defendants, Wendy Collins and Michael Collins, by and through counsel, Earnest Franklin, Jr., and in answer to the Complaint filed by plaintiffs, Kristen and James Quigley, states as follows:

FIRST DEFENSE

That the Complaint fails to state a claim upon which relief may be granted.

SECOND DEFENSE

The numbered paragraphs of the Complaint are answered as follows.

1. Defendants are not required to admit or deny the allegations of jurisdiction contained in paragraph 1 of the Complaint.

2. Defendants deny the allegations contained in paragraph 2 of the Complaint.

3. Defendants lack sufficient information upon which to form a belief as to the truth

or falsity of the allegations contained in paragraph 3 of the Complaint, and therefore deny same.

4 – 9.   Defendants deny the allegations contained in paragraphs 4, 5, 6, 7, 8 and 9 of the Complaint.

10.   Defendants incorporate by reference their responses to Count I of the complaint in response to paragraph 10 of the complaint.

11.   Defendants lack sufficient information upon which to form a belief as to the truth or falsity of the allegations contained in paragraph 11 of the Complaint, and therefore deny same.

12.   Defendants deny the allegations contained in paragraph 12 of the Complaint.

13.   Defendants incorporate by reference their responses to Counts I and II of the complaint in response to paragraph 13 of the complaint.

14 & 15.   Defendants lack sufficient information upon which to form a belief as to the truth or falsity of the allegations contained in paragraphs 14 and 15 of the Complaint, and therefore deny same.

### THIRD DEFENSE

Defendant avers that any injuries, losses, and damages claimed by the plaintiff herein were the result of the plaintiff's sole and/or contributory negligence.

### FOURTH DEFENSE

Defendant avers that the claim alleged in plaintiffs' Complaint is barred by the plaintiff's assumption of the risk.

### FIFTH DEFENSE

Defendant avers that the claim alleged in plaintiffs' Complaint is barred due to the negligence and/or affirmative conduct of others for whom in law these Defendants are not

responsible.

## SIXTH DEFENSE

Defendants aver that the Court lacks jurisdiction over this matter and person.

## SEVENTH DEFENSE

Defendants aver that the claim is barred due to lack of service of process or insufficient service of process.

## EIGHTH DEFENSE

Defendants aver that plaintiffs have claimed as damages in this case injuries which were not proximately caused by the incident upon which the Complaint is based.

## NINTH DEFENSE

Defendants aver that plaintiffs failed to mitigate their damages.

## TENTH DEFENSE

Defendants will rely upon all defenses lawfully available to them including, but not limited to, those already asserted herein.

WHEREFORE, the Defendants respectfully request that the Complaint filed herein be dismissed with prejudice, with costs, and interest as provided by law assessed against the Plaintiffs and that the Defendants be granted such other and further relief as this honorable Court deems just and proper.

## CROSSCLAIM OF DEFENDANTS WENDY AND MICHAEL COLLINS AGAINST DEFENDANTS MARK MCDOWELL AND BILMIN COMPANY, INC.

Defendants Wendy and Michael Collins hereby demand judgment by way of subrogation, contribution and/or indemnification over and against defendants Mark McDowell and Bilman

Company, Inc., as to any and all amounts to which it may be adjudged liable to the plaintiffs, with interests from the date of judgment and costs, based on the active and primary negligence of those defendants as stated in the complaint filed by plaintiffs herein.

        Respectfully submitted,

        LAW OFFICES OF ROBERT GRAHAM FIORE

        /s/  Earnest Franklin, Jr.
        8737 Colesville Road
        Suite L200
        Silver Spring, MD  20910
        (301) 588 8036
        Frankle1@nationwide.com

## JURY DEMAND

Defendant demands a trial by jury as to all issues raised herein.

        /s/  Earnest Franklin, Jr.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served electronically or by first-class mail, postage prepaid, this 24th day of October, 2007 to:

Joseph Mulhern, Esquire
77 West Street
Suite 110
Annapolis, MD 21401

Mark Steven McDowell
15017 Fort Trail
Accokeek, MD 20607

Bilman Company, Inc.
c/o A. Howard Metro
Samek, McMillan & Metro
1901 Research Blvd., Suite 220
Rockville, MD 20850

Paul M. Finamore, Esquire
Brett A. Buckwalter, Esquire
Niles, Barton & Wilmer, LLP
111 S. Calvert Street
Suite 1400
Baltimore, MD  21202

/s/  Earnest Franklin, Jr.