UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KRISTEN QUIGLEY, et ux. )<br>1521 Elliot Place )<br>Washington, D.C. 20007 )<br>  )<br>   Plaintiffs  )<br>v.  )<br>  )<br>MARK S. McDOWELL, et al. )<br>  )<br>   Defendants  ) | CIVIL ACTION NO:<br>1:07-cv-01873-JDB |

### ANSWER OF DEFENDANTS MARK S. McDOWELL & BILMAN COMPANY, INC.

Defendants Mark S. McDowell and Bilman Company, Inc. ("Defendants), by and through undersigned counsel, JORDAN COYNE & SAVITS, L.L.P., hereby state the following in answer to the Complaint.

### FIRST DEFENSE

The Complaint fails to state a claim upon which relief may be granted.

### SECOND DEFENSE

In response to the numbered paragraphs of the Complaint, Defendants state as follows:

1. Paragraph 1 of the Complaint sets forth a legal contention as to jurisdiction, to which no response is required from these Defendants.

2. The allegations in Paragraph 2 of the Complaint do not relate to these Defendants, and no averment is therefore required.

3. The allegations in Paragraph 3 of the Complaint do not relate to these Defendants, and no averment is therefore required.

4. Defendant are currently without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 4 of the Complaint

sufficient to form a belief as to the truth of any factual allegations set forth in Paragraph 12 of the Complaint and demand strict proof thereof.

13.     Defendants incorporate by reference each and every averment set forth in Paragraphs 1 through 12 of this Answer.

14.     The allegations of Paragraph 14 do not relate to these Defendants, and no averment is therefore required.

15.     Defendants deny the allegations of Paragraph 15 of the Complaint as they relate to these Defendants. Defendants are without knowledge or information as to the allegations contained in Paragraph 15 as to the remaining defendants and demands strict proof thereof.

Defendants deny each and every factual allegation contained in the Complaint that is not admitted herein.

### THIRD DEFENSE

Defendants aver that the injuries, losses, and damages, if any, suffered by the plaintiffs are the result of the sole and/or contributory negligence of the plaintiff(s).

### FOURTH DEFENSE

Defendants aver that the injuries, losses, and damages, if any, suffered by the plaintiffs are the result of the intentional and/or negligent acts of independent third parties over whom these Defendants had no control.

### FIFTH DEFENSE

Plaintiff has failed to join parties necessary for a just adjudication of this claim.

### SIXTH DEFENSE

Plaintiffs' claims may be barred, in whole or in part, by the doctrine of failure to mitigate

damages.

## SEVENTH DEFENSE

Defendants aver that the plaintiffs' claims are barred by the doctrine of laches.

## EIGHTH DEFENSE

Defendants aver that the plaintiffs' claims may be barred by insufficiency of process and service of process on these Defendants.

## NINTH DEFENSE

Defendants reserve the right to supplement this Answer to present additional defenses as new and additional information becomes available.

Respectfully submitted,

JORDAN COYNE & SAVITS, L.L.P.

By: _____
Padraic K. Keane, Bar # 486285
Bayly H. Kirlin, Bar # 501659
1100 Connecticut Avenue, NW
Suite 600
Washington, D.C. 20036
(202) 496-2839
*Attorneys for Defendants*
*Mark S. McDowell and Bilman Company, Inc.*

## DEMAND FOR TRIAL BY JURY

Defendants request a trial by jury on all issues so triable.

_____
Padraic K. Keane # 486825

-4-