UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KRISTEN QUIGLEY, et ux.<br>1521 Elliot Place<br>Washington, D.C. 20007 | )<br>)<br>)<br>) | |
|     Plaintiffs<br>v.<br><br>MARK S. McDOWELL, et al.<br><br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO:<br>1:07-cv-01873-JDB |

### DEFENDANT BILMAN COMPANY, INC.'S DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS

I, the undersigned counsel for Bilman Company, Inc. hereby certify to the best of my knowledge, information, and belief that Bilman Company, Inc. has no parent companies, and there is no publicly held company owning a greater than 10% (ten percent) interest in Bilman Company, Inc. Further, Bilman Company, Inc. has no subsidiaries.

Respectfully submitted,

JORDAN COYNE & SAVITS, L.L.P.

By: _____
Padraic K. Keane, Bar # 486285
Bayly H. Kirlin, Bar # 501659
1100 Connecticut Avenue, NW
Suite 600
Washington, D.C. 20036
(202) 496-2839
*Attorneys for Defendants
Mark S. McDowell and Bilman Company, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Defendant Mark S. McDowell and Bilman Company, Inc.'s Answer to Plaintiff's Complaint and Disclosure of Corporate Affiliations and Financial Interests was mailed and e-filed this 24th day of October, 2007 to:

Joseph J. Mulhern, Esquire
Mulhern, Patterson & Marshall, LLP
77 West Street, Suite 110
Annapolis, MD 21401
*Attorney for Plaintiffs*

Brett A. Buckwalter, Esquire
Niles, Barton & Wilmer, LLP
111 S. Calvert Street, Suite 1400
Baltimore, MD 21202
*Attorneys for Defendant*

Wendy J. Collins
245 Church Gate Lane
Gaithersburg, MD 20878

Michael Anthony Collins
3819 Boteler Road
Mt. Airy, MD 21771

_____
Padraic K. Keane

G:\CASES\BHK\Quigley - Bilmin HARLEYSVILLE\COS.10.24.07