## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KRISTEN QUIGLEY, et ux. | ) | |
| 1521 Elliot Place | ) | |
| Washington, D.C. 20007 | ) | |
| | ) | |
| Plaintiffs | ) | CIVIL ACTION NO: |
| v. | ) | 1:07-cv-01873-JDB |
| | ) | |
| MARK S. McDOWELL, et al. | ) | |
| | ) | |
| Defendants | ) | |

### ANSWER OF DEFENDANTS MARK S. McDOWELL & BILMAN COMPANY, INC. TO DEFENDANTS WENDY AND MICHAEL COLLINS' CROSS CLAIM

Defendants Mark S. McDowell and Bilman Company, Inc. ("Cross-Defendants), by and through undersigned counsel, JORDAN COYNE & SAVITS, L.L.P., hereby submits its Answer to the Cross-Claim of Wendy and Michael Collins (hereinafter referred to as "Cross-Plaintiffs").

### FIRST DEFENSE

The Cross Claim fails to state a claim upon which relief may be granted to the Cross-Plaintiff.

### SECOND DEFENSE

In response to the sole paragraph of the Cross-Claim, Cross-Defendants denies all allegations contained in the Cross-Claim.

### THIRD DEFENSE

Cross-Defendants expressly deny any averment of fact not explicitly admitted herein.

### FOURTH DEFENSE

Cross-Defendants aver that the injuries, losses, and damages, if any, suffered by the Cross-Plaintiffs are the result of the sole, active, primary or concurrent negligence or the

intentional acts of omissions of the Cross-Plaintiffs.

## FIFTH DEFENSE

Cross-Defendants aver that the injuries, losses, and damages, if any, suffered by the

plaintiffs are the result of the intentional and/or negligent acts of independent third parties over

whom these Cross-Defendants had no control.

## SIXTH DEFENSE

Cross-Defendants reserve the right to supplement this Answer to present additional

defenses as new and additional information becomes available.

WHEREFORE, having fully answered the Cross-Claim, Cross-Defendants Mark S.

McDowell and Bilman Company Inc. respectfully prays that said Cross-Claim be dismissed, with

prejudice, and that all appropriate costs be awarded to Mark S. McDowell and Bilman

Companies, Inc.

## CROSS-CLAIM OF DEFENDANTS MARK S. MCDOWELL AND BILMAN COMPANY INC. AGAINST DEFENDANTS WENDY AND MICHAEL COLLINS

Defendants Mark S. McDowell and Bilman Company, Inc., by and through its

undersigned counsel, hereby submits the following Cross-Claim against co-defendants Wendy

and Michael Collins, and as grounds states:

1.      The parties to this Cross-Claim have been designated as Defendants in the

Complaint filed on behalf of the Plaintiff herein, which alleges that Kristen H. Quigley sustained

injuries, damages, and losses as a result of an automobile accident on or about September 20,

2004 in the 4500 block of MacArthur Boulevard, Northwest, Washington, DC.

2.     Defendants Mark S. McDowell and Bilman Company, Inc. deny all allegations of negligence, and alleges that the damages sustained by the Plaintiff, if any, are the result of the active and primary negligence of Wendy and/or Michael Collins.

3.     In the event that the Plaintiff obtains a verdict against Defendants Mark S. McDowell and Bilman Company, Inc., these Defendants allege that the Plaintiff's injuries, damages, and losses were proximately caused by the negligent acts and/or omissions Wendy and/or Michael Collins.

## COUNT I
(Indemnification)

4.     Mark S. McDowell and Bilman Company, Inc. repeat, reallege, and incorporate by reference herein each of the facts and allegations set forth in paragraphs 1 through 3 above as if fully set forth herein.

5.     In the event that the Plaintiff obtains a verdict against Mark S. McDowell and Bilman Company, Inc., then Wendy and/or Michael Collins are liable to Mark S. McDowell and Bilman Company, Inc. for indemnification in that such recovery would only occur as a result of the negligence of Wendy and/or Michael Collins.

## COUNT II
(Contribution)

6.     Mark S. McDowell and Bilman Company, Inc. repeat, reallege, and incorporate by reference herein each of the facts and allegations set forth in paragraphs 1 through 5 above as if fully set forth herein.

7.     In the event that Plaintiff obtains a verdict against Mark S. McDowell and Bilman

Company, Inc., then Wendy and/or Michael Collins are liable to Mark S. McDowell and Bilman Company, Inc. for contribution, with respect to all or a proportionate amount of any such verdict, in that the claimed damages were caused by the negligence of Wendy and/or Michael Collins.

WHEREFORE, in the event that Plaintiff obtains a verdict against these Defendants/Cross-Plaintiffs, Mark S. McDowell and Bilman Company, Inc. demands judgment in contribution and/or indemnification against the Defendants/Cross-Defendants, Wendy and Michael Collins, with respect to all or a proportionate amount of any such verdict, plus costs and such other relief as this Court deems just and proper.

Respectfully submitted,

JORDAN COYNE & SAVITS, L.L.P.

By: _____
Padraic K. Keane, Bar # 486285
Bayly H. Kirlin, Bar # 501659
1100 Connecticut Avenue, NW
Suite 600
Washington, D.C. 20036
(202) 496-2839
*Attorneys for Defendants*
*Mark S. McDowell and Bilman Company, Inc.*

<u>DEMAND FOR TRIAL BY JURY</u>

Defendants Mark S. McDowell and Bilman Company, Inc. request a trial by jury on all issues so triable.

_____
Padraic K. Keane # 486825

-4-

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true copy of the foregoing Defendants Mark S. McDowell and Bilman Company, Inc.'s Answer to Defendant's Wendy and Michael Collins' Cross Claim was mailed and e-filed this 16th day of November, 2007 to:


Joseph J. Mulhern, Esquire
Mulhern, Patterson & Marshall, LLP
77 West Street, Suite 110
Annapolis, MD 21401
*Attorney for Plaintiffs*

Brett A. Buckwalter, Esquire
Niles, Barton & Wilmer, LLP
111 S. Calvert Street, Suite 1400
Baltimore, MD 21202
*Attorneys for Defendant Amica Mutual Insurance Company*


Earnest Franklin, Jr., Esq.
Law Offices of Robert Graham Fiore
1997 Annapolis Exchange Parkway
Suite 400
Annapolis, MD 21401
*Attorney for Defendants Wendy and Michael Collins*

Padraic K. Keane

G:\CASES\BHK\Quigley - Bilmin HARLEYSVILLE\COS.11.16.wpd