UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

KRISTEN H. QUIGLEY, et al.,        *

    Plaintiffs        *

v.        *

WENDY J. COLLINS, et al.,        *    CASE NO.: 1:07-CV-01873-JDB

    Defendants        *

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## JOINT LOCAL RULE 16.3 REPORT

The Parties, by their undersigned counsel, hereby submit the foregoing Report in accordance with F.R.C.P. 26(f) and Local Rule 16.3. Specifically, on November 28, 2007, counsel for all Parties participated in a conference call to discuss all required issues and, with regard to the specifically numbered paragraphs in Local Rule 16.3(c), state as follows:

1. It is unlikely that all claims will be disposed of by dispositive motion. Defendant Amica intends to file a Motion for Summary Judgment in accordance with the Scheduling Order.

2. The Parties do not anticipate that any amendments to pleadings or joinder of additional parties will be necessary. If any such joinder or amendment becomes necessary by virtue of unforeseen facts learned through discovery, the affected Party will seek leave of Court.

At the request of Defendant Amica, the Parties have agreed to stipulate that, at the time of the occurrence, Defendants Wendy Collins, Michael Collins, Mark McDowell, and Billman Company, Inc. were each covered by an automobile liability policy with minimum limits at or above what is required by the laws of the District and that there have been no reservation of rights regarding coverage with respect to any of them. The Parties believe that they will also be able to stipulate that there was no unknown or "phantom" vehicle that caused or contributed to

the occurrence. As discovery progresses, the Parties may also agree to stipulate to the authenticity of certain medical records, bills, or other documents.

3. The Parties do not unanimously consent to the assignment of this case to a U.S. Magistrate Judge.

4. Plaintiffs and the Collins Defendants have expressed an interest in trying to reach a settlement in this matter and believe that settlement is a realistic possibility. Defendants McDowell, Billman Company, and Amica are not interested in participating in settlement discussions at this time.

5. Plaintiffs and the Collins Defendants believe that either private or Court-sponsored ADR procedures would be beneficial. Defendants McDowell, Billman Company, and Amica do not think that ADR would be beneficial from their respective perspectives.

6. As stated above, Amica intends to file a Motion for Summary Judgment as to all claims against it. Any such Motion would be filed prior to the deadline stated in the Scheduling Order, and Oppositions will be due within 15 days of service of such a motion. Any reply memorandums will be due within 11 days of receipt of an Opposition memorandum.

7. The Parties agree to dispense with initial FRCP 26(a)(1) disclosures of fact witnesses.

8. No special limitations or restrictions on discovery are necessary, and the Parties do not expect that electronically stored information will be sought in discovery. The Parties have agreed to set discovery-related deadlines as stated in their proposed Scheduling Order.

9. The Parties do not want to modify the expert disclosure requirements as stated in FRCP 26(a)(2). All expert disclosures will be made within the agreed-upon deadlines set forth in the proposed Scheduling Order.

10. Not applicable.

11. The Parties do not request bifurcation of discovery or trial.

12. A Pre-Trial Conference should be scheduled within the last 2 weeks of September, 2008.

13. The Parties request that a trial date be scheduled at the Pre-Trial Conference.

14. No other matters or issues were raised.

A copy of the Parties' proposed Scheduling Order is attached as **EXHIBIT A**.

Respectfully Submitted,

_____
EARNEST FRANKLIN, JR.
D.C. Bar #:362396
Law Offices of Robert Graham Fiore
Suite L200
8737 Colesville Road
Silver Spring, MD 20910
Telephone (301) 588-8036
**Attorneys for Defendants Collins**

_____
JOSEPH J. MULHERN
D.C. Bar #:
Mulhern, Patterson & Marshall, LLP
77 West Street
Suite 110
Annapolis, MD 21401
Telephone (410) 268-7080
**Attorneys for Plaintiffs**

_____
PADRAIC K. KEANE
D.C. Bar #: 486285
BAYLY H. KIRLIN
D.C. Bar #: 501659
Jordan, Coyne & Savits, LLP
1100 Connecticut Avenue, NW
Suite 600
Washington, D.C. 20036
Telephone (202) 496-2839
**Attorneys for Bilmin Company, Inc.
and Mark S. McDowell**

_____
PAUL M. FINAMORE
D.C. Bar #: 423410
BRETT A. BUCKWALTER
Federal Bar #: 478382
Niles, Barton & Wilmer, LLP
111 S. Calvert Street
Suite 1400
Baltimore, MD 21202
Telephone (410) 783-6300
**Attorneys for Defendant Amica
Mutual Insurance Company**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of December, 2007, copies of the foregoing Joint Local Rule 16.3 Report and proposed Scheduling Order were e-filed to:

Earnest Franklin, Jr., Esquire
Law Offices of Robert Graham Fiore
Suite L200
8737 Colesville Road
Silver Spring, MD 20910
**Attorneys for Defendants Collins**

Padraic K. Keane, Esquire
Bayly H. Kirlin, Esquire
Jordan, Coyne & Savits, LLP
1100 Connecticut Avenue, NW
Suite 600
Washington, D.C. 20036
**Attorneys for Bilmin Company, Inc.
and Mark S. McDowell**

and mailed, first class, postage prepaid to:

Joseph J. Mulhern, Esquire
Mulhern, Patterson & Marshall, LLP
77 West Street
Suite 110
Annapolis, MD 21401
**Attorneys for Plaintiffs**

_____
BRETT A. BUCKWALTER

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

KRISTEN H. QUIGLEY, et al.,       *

    Plaintiffs                              *

v.                                              *

WENDY J. COLLINS, et al.,         *   CASE NO.: 1:07-CV-01873-JDB

    Defendants                           *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## SCHEDULING ORDER

By agreement of the Parties, relevant deadlines in the above-captioned matter shall be as follows:

| | |
|---|---|
| Plaintiffs' Rule 26(a)(2) Expert Lists | - February 1, 2008 |
| Defendants' Rule 26(a)(2) Expert Lists | - March 14, 2008 |
| Plaintiffs' Rebuttal Expert Lists | - April 14, 2008 |
| Discovery | - June 2, 2008 |
| Dispositive Pre-Trial Motions | - July 1, 2008 |
| Pre-Trial Conference | - September 15-26, 2008 (to be scheduled within this time period) |

Reviewed and approved on this ___ day of December, 2007, it is so Ordered.

                                              _____
                                            THE HONORABLE JOHN D. BATES
                                            United States District Judge

ND: 4824-0951-8338, v. 1