UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KRISTEN H. QUIGLEY, et al.,

    Plaintiffs,

    v.

WENDY J. COLLINS, et al.,

    Defendants.

Civil Action No. 07-1873 (JDB)

### SCHEDULING ORDER

Pursuant to the initial scheduling conference with the Court on this  20th  day of December, 2007, and the Joint Rule 16.3 Statement previously submitted by the parties, it is hereby

    **ORDERED** that the following schedule shall govern further proceedings:

1. Plaintiffs shall serve their Rule 26(a)(2) expert disclosures by not later than April 1, 2008.

2. Defendants shall serve their Rule 26(a)(2) expert disclosures by not later than May 14, 2008.

3. Plaintiffs shall serve any rebuttal Rule 26(a)(2) expert disclosures by not later than June 16, 2008.

4. All discovery shall be completed by not later than August 4, 2008.

5. Dispositive motions shall be filed by not later than September 2, 2008.

6. A status conference is scheduled for February 29, 2008 at 9:00 a.m. in Courtroom 8.

**SO ORDERED**.

                                  /s/ John D. Bates
                                    JOHN D. BATES
                              United States District Judge