UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KRISTEN H. QUIGLEY, et al.,** : | |
| : | |
| Plaintiffs, : | CASE NO.: CA 1:07-CV-01873-JDB |
| : | |
| v. : | |
| : | |
| **WENDY J. COLLINS, et al.,** : | |
| : | |
| Defendants. : | |

### NOTICE OF SUBSTITUTION OF COUNSEL

Please take notice that Kenneth M. Trombly, Esq. is hereby substituted for Joseph Mulhern, Esq. as counsel for Plaintiffs Kristen Quigley and James Quigley in this case. Please serve all future notices, pleadings, testimony, correspondence, and other papers upon the undersigned.

Respectfully submitted,

*/s/ Kenneth M. Trombly*
Kenneth M. Trombly, #199547
1050 17th Street, N.W.
Suite 1250
Washington, D.C. 20036
(202) 887-5000

Attorney for Plaintiffs

*/s/ Joseph Mulhern*
Joseph Mulhern
Mulhern, Patterson and Marshall, LLP
77 West St
Suite 110
Annapolis, MD 21401
(410) 268-7080

## Certificate of Service

I certify that a copy of the foregoing notice of substitution of counsel was mailed this 13 day of February 2008 to the following:

Earnest Franklin, Jr.
8737 Colesville Rd
Suite L200
Silver Spring, MD 20910

Padraic K. Keane
Bayly H. Kirlin
1100 Connecticut Ave
Suite 600
Washington, DC 20036

Paul M. Finamore
Brett A. Buckwalter
111 S. Calvert St
Suite 1400
Baltimore, MD 21202

*Attorneys for Defendants*

_____
Kenneth M. Trombly