UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KRISTEN H. QUIGLEY, et al.,       :
                                  :
         Plaintiffs,               :   CASE NO.: CA 1:07-CV-01873-JDB
                                  :
                                  :
v.                                :
                                  :
WENDY J. COLLINS, et al.,         :
                                  :                                    :
         Defendants               :

## PLAINTIFFS' 26(A) DISCLOSURES

A. Persons likely to have discoverable information

Kristen Quigley (damages and liability)
1521 Elliott Street, NW
Washington, DC 20007

James Quigley (damages and liability)
1521 Elliott Street, NW
Washington, DC 20007

George Humann (damages)
14402 marina San Pablo Place
#105
Jacksonville, FL 32224
904-223-5440

Jacqueline Henry (damages)
11610 AirView Lane
Great Falls, VA 22066
703-404-9311

Robert Furst (damages and liability)
10218 Oldfield Drive
Kensington, MD 20895
301-530-2808

All of the parties to this case

All persons whose identities are learned in the course of discovery

Plaintiff intends to call the following treating physician, who is also a fact witness:

John E. Toerge. D.O.
Georgetown University Hospital
Physical Medicine & Rehabilitation
3800 Reservoir Rd.
Washington DC  20007

It is anticipated that Dr. Toerge will be asked to offer opinions in accordance with Rule 702 of the Federal Rules of Evidence. He is expected to offer opinions that are consistent with his reports, which have been furnished to defense counsel. He is expected to offer opinions in the areas of mechanism of injury, nature of surgery, permanent disability or impairment, prognosis, fairness and reasonableness of medical bills, need for future care, costs of future care and related issues. His opinions are expected to include, but not be limited to the plaintiff having suffered a serious injury as a result of the incident of September 20, 2004, and that the medical bills were necessary, fair and reasonable

He is expected to rely on his examinations of plaintiff, his medical records, records of other treating providers, diagnostic test results and his experience. His medical records, which have been or will be furnished to defense counsel, are incorporated by reference.

B. Documents and tangible things

1. Police report
2. Photographs of property damage
3. Medical reports of plaintiff
4. Medical bills of plaintiff
5. Lost income records

C. Damages
Pain and suffering

Medical Expenses:

| Medical Provider | Billed Amount |
|---|---|
| Georgetown University Hospital | $5,165.40 |
| National Rehabilitation Hospital | $1,420.00 |
| Beaches Open MRI | $1,420.00 |
| Horizon Diagnostic Center | To Be Supplied |
| Washington Health System | $4,025.00 |
| CVS Pharmacy | $145.79 |
| **TOTAL** | $12,176.19 |

                Respectfully submitted,

                ____/s/_____
                Kenneth M. Trombly, 199547
                Schultz & Trombly, PLLC
                1050 17th Street, N.W.
                Suite 1250
                Washington, D.C. 20036
                (202) 887-5000
                *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this __1__ day of April, 2008, a copy of Plaintiff's 26(A) Statement was sent postage prepaid to the following defense counsel:

Earnest Franklin, Jr.
8737 Colesville Rd, Suite L200
Silver Spring, MD 20910

Padraic K. Keane
1100 Connecticut Ave, Suite 600
Washington, DC 20036

Paul M. Finamore, Brett A. Buckwalter
111 S. Calvert St, Suite 1400
Baltimore, MD 21202

                ____/s/_____
                Kenneth M. Trombly