UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KRISTEN QUIGLEY, et ux. | ) | |
| | ) | CIVIL ACTION NO: |
|     Plaintiffs | ) | 1:07-cv-01873-JDB |
| | ) | |
| v. | ) | |
| | ) | |
| WENDY J. COLLINS, et al. | ) | |
| | ) | |
|     Defendants | ) | |
| | ) | |

**RESPONSES OF PLAINTIFF KRISTEN QUIGLEY, ET UX, TO REQUESTS FOR ADMISSION FROM DEFENDANT AMICA MUTUAL INSURANCE COMPANY**

**RESPONSES TO REQUESTS FOR ADMISSION**

1. Plaintiff Kristen Quigley was operating a motor vehicle that was involved in the occurrence.

    RESPONSE: Admitted

2. Defendant Wendy J. Collins was operating a motor vehicle that was involved in the occurrence.

    RESPONSE: Admitted

3. Defendant Mark Steven McDowell was operating a motor vehicle that was involved in the occurrence.

    RESPONSE: Admitted

4. No other motor vehicles were involved in the occurrence.

    RESPONSE: Denied. There was a fourth vehicle, driven by a Mr. Cooke. There were also parked vehicles that were struck.

5. Plaintiff Kristen Quigley's maiden name was "Kristen Humman."

    RESPONSE: Admitted

6. The document attached as "EXHIBIT A" is a complete and genuine copy of the Personal Auto Policy, including all endorsements and amendments that Plaintiff Kristen Quigley had in effect with Defendant Amica Mutual Insurance Company at the time of the occurrence.

    RESPONSE: Plaintiff is unable to either admit or deny.

7. The policy Declarations Sheets (Page 3, 4, and 5 of EXHIBIT A) do not identify Underinsured Motorists Coverage as a covered risk under the policy.

    RESPONSE: Denied. There are specific references in the documents to "uninsured/underinsured motorist's coverage – District of Columbia".

8. The Uninsured/Underinsured Motorists Coverage – District of Columbia "Schedule" of the policy (page 20 of EXHIBIT A) does not identify Underinsured Motorists Coverage as a covered risk under the policy.

    RESPONSE: Denied. There are specific references in the documents to "uninsured/underinsured motorist's coverage – District of Columbia".

9. The document attached as "EXHIBIT B" is a complete and genuine copy of the Application for Automobile Insurance signed by Plaintiff on August 18, 2001 and submitted to Amica.

    RESPONSE: Plaintiff is unable to either admit or deny.

*/s/ Kenneth M. Trombly*
Kenneth M. Trombly, #199547
1050 17th St. N.W., Suite 1250
Washington, DC 20036
kmt@schultztrombly.com
202-887-5000
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this __24__ day of April, 2008, a copy of Plaintiff's Response's to Requests for Admission was e-filed and sent postage prepaid to the following defense counsel:

Earnest Franklin, Jr., Esq.
Law Offices of Robert, Graham, Fiore
8737 Colesville Rd, Suite L200
Silver Spring, MD 20910

Padraic K. Keane, Esq.
Jordan, Coyne & Savits, LLP
1100 Connecticut Ave, Suite 600
Washington, DC 20036

Paul M. Finamore, Esq.
Brett A. Buckwalter, Esq.
Niles, Barton & Wilmer, LLP
111 S. Calvert St, Suite 1400
Baltimore, MD 21202

_/s/ Kenneth M. Trombly_
Kenneth M. Trombly