UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

|  |  |  |
|---|---|---|
| **KRISTEN H. QUIGLEY et al.** | * | |
| Plaintiffs | * | |
| | * | Case No. 1:07-cv-01873-JDB |
| v. | * | |
| **WENDY J. COLLINS et al.** | * | |
| Defendants | * | |

## **DEFENDANT COLLINS' 26(a)(2) DISCLOSURES**

1.   Clifford Hinkes, M.D.
     10400 Connecticut Avenue
     Kensington, Maryland  20895

Dr. Hinkes is an orthopaedic physician who may testify based on his examination of the plaintiff and/or review of her medical records.  He will testify consistent with his examination of the plaintiff.  His testimony may include his opinion of the plaintiff's physical condition as a result of the injuries allegedly sustained in the incident relevant to this case or any other relevant incidents, injuries or conditions, a discussion of the plaintiff's medical care and expenses related to this case, her ability concerning employment and any physical activities, a discussion of whether the injuries are permanent and whether future medical care is necessary because of these injuries and any related expenses.  The basis of these opinions will be Dr. Hinkes' examination of the plaintiff and/or review of plaintiff's medical records, any discovery materials, and his training and experience in medicine with specialization in orthopaedics.

   2.   Dr. Gary W. London
        3801 International Drive, Suite 210
        Silver Spring, Maryland 20906

Dr. London is a neurologist who may testify based on his examination of the plaintiff and/or review of her medical records. He will testify consistent with his examination of the plaintiff. His testimony may include his opinion of the plaintiff's physical condition as a result of the injuries allegedly sustained in the incident relevant to this case or any other relevant incidents, injuries or conditions, a discussion of the plaintiff's medical care and expenses related to this case, her ability concerning employment and any physical activities, a discussion of whether the injuries are permanent and whether future medical care is necessary because of these injuries and any related expenses. The basis of these opinions will be Dr. London's examination of the plaintiff and/or review of plaintiff's medical records, any discovery materials, and his training and experience in medicine with specialization in neurology.

3.  Mark A. Peterson, M.D
    9715 Medical Center Drive
    Rockville, Maryland

Dr. Peterson is an orthopaedic physician who may testify based on his examination of the plaintiff and/or review of her medical records. He will testify consistent with his examination of the plaintiff. His testimony may include his opinion of the plaintiff's physical condition as a result of the injuries allegedly sustained in the incident relevant to this case or any other relevant incidents, injuries or conditions, a discussion of the plaintiff's medical care and expenses related to this case, her ability concerning employment and any physical activities, a discussion of whether the injuries are permanent and whether future medical care is necessary because of these injuries and any related expenses. The basis of these opinions will be Dr. Peterson's examination of the plaintiff and/or review of plaintiff's medical records, any discovery materials, and his training and experience in medicine with specialization in orthopaedics.

4.  John A. Cohen
    600 Pennsylvania Avenue, S.E.
    Washington, D.C.  20003

Dr. Cohen is an orthopaedic physician who may testify based on his examination of the plaintiff and/or review of her medical records.  He will testify consistent with his examination of the plaintiff.  His testimony may include his opinion of the plaintiff's physical condition as a result of the injuries allegedly sustained in the incident relevant to this case or any other relevant incidents, injuries or conditions, a discussion of the plaintiff's medical care and expenses related to this case, her ability concerning employment and any physical activities, a discussion of whether the injuries are permanent and whether future medical care is necessary because of these injuries and any related expenses.  The basis of these opinions will be Dr. Cohen's examination of the plaintiff and/or review of plaintiff's medical records, any discovery materials, and his training and experience in medicine with specialization in orthopaedics.

5.  Dr. Kenneth Eckmann
    2730 University Blvd, West
    Wheaton, MD 20902

Dr. Eckmann is a neurologist who may testify based on his examination of the plaintiff and/or review of her medical records.  He will testify consistent with his examination of the plaintiff.  His testimony may include his opinion of the plaintiff's physical condition as a result of the injuries allegedly sustained in the incident relevant to this case or any other relevant incidents, injuries or conditions, a discussion of the plaintiff's medical care and expenses related to this case, her ability concerning employment and any physical activities, a discussion of whether the injuries are permanent and whether future medical care is necessary because of these injuries and any related expenses.  The basis of these opinions will be Dr. Eckmann's examination of the plaintiff and/or review of plaintiff's medical records, any discovery materials, and his training and experience in

medicine with specialization in neurology.

                                                                Respectfully submitted,

/s/_____
Earnest Franklin, Jr. #362396
8737 Colesville Road, Suite L-200
Silver Spring, Maryland 20910
(301) 588-8036

Attorney for Defendant Collins

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served electronically or by first-class mail, postage prepaid, this __14th___ day of May, 2008 to:

Kenneth M. Trombly, Esquire
1050 17th Street, N.W., Suite 1250
Washington, D.C. 20036

Padraic K. Keane, Esquire
1100 Connecticut Avenue, N.W.
Suite 600
Washington, D.C. 20036

Paul M. Finamore, Esquire
Brett A. Buckwalter, Esquire
Niles, Barton & Wilmer, LLP
111 S. Calvert Street
Suite 1400
Baltimore, MD  21202

/s/_____
Earnest Franklin, Jr. #362396