UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KRISTEN H. QUIGLEY, *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | Case No.: 1:07-cv-01873-JDB |
| WENDY J. COLLINS, *et al.*, | * | |
| Defendants. | * | |

### DEFENDANTS MARK S. McDOWELL & BILMAN COMPANY, INC.'S
### RULE 26(a)(2) DISCLOSURES

Defendants, Mark S. McDowell and Bilman Company, Inc., by and through undersigned counsel and pursuant to the Rules and Orders of this Honorable Court, respectfully adopt the Rule 26(a)(2) Disclosure filed by co-defendant Wendy J. Collins.

In light of Plaintiff's failure to respond to Defendants' discovery requests as of the date of this filing, Defendants reserve the right to supplement the Disclosure as new and additional information becomes available.

Respectfully submitted,

JORDAN COYNE & SAVITS, L.L.P.

By: _____
Padraic K. Keane
Bar #486285
1100 Connecticut Avenue, NW
Suite 600
Washington, DC  20036
(202) 496-2846
Fax:  (202) 496-2800
E-mail:  p.keane@jocs-law.com
Counsel for Defendants, Mark S. McDowell and Bilman Company, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was electronically served this **14th** day of May, 2008 to:

>Kenneth M. Trombly, Esquire
>SCHULTZ & TROMBLY, PLLC
>Suite 1250
>1050 17th Street, NW
>Washington, DC 20036
>  *Counsel for Plaintiffs*
>
>Earnest Franklin, Jr., Esquire
>LAW OFFICES OF ANDREW B. GREENSPAN
>Suite 200
>8737 Colesville Road
>Silver Spring, MD 20910
>  *Counsel for Wendy Collins and Michael Collins*
>
>Brett Anthony Buckwalter, Esquire
>Paul M. Finamore, Esquire
>NILES, BARTON & WILMER, LLP
>Suite 1400
>111 S. Calvert Street
>Baltimore, MD 21202
>  *Counsel for American Mutual Insurance Company*

_____
Padraic K. Keane