UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **KRISTEN H. QUIGLEY, et al.,** | * | |
|     **Plaintiffs** | * | |
| **v.** | * | |
| **WENDY J. COLLINS, et al.,** | * | CASE NO.:  1:07-CV-01873-JDB |
|     **Defendants** | * | |

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

**DEFENDANT AMICA'S EXPERT DESIGNATION**

Amica Mutual Insurance Company ("Amica"), by and through its attorneys, Paul M. Finamore, Brett A. Buckwalter, and Niles, Barton & Wilmer, L.L.P., pursuant to F.R.C.P. 26(a)(2), hereby designates the following experts:

    1. Defendant reserves the right to call any of Plaintiff's past or present health care providers.

    2. Defendant reserves the right to call any person listed in Plaintiff's Expert Witness Designation.

    3. Defendant reserves the right to call any expert for the purposes of rebuttal and/or impeachment.

    4. Defendant reserves the right to call any person listed in the Expert Witness Designation of any other Defendant.

    5. Plaintiffs have not produced any expert reports to this Defendant.  Accordingly, Defendant reserves the right to name medical experts upon receipt of said reports.

Respectfully submitted,


 /s/ Paul M. Finamore
PAUL M. FINAMORE
Federal Bar #: 423410


 /s/ Brett A. Buckwalter
BRETT A. BUCKWALTER
Federal Bar #: 478382
Niles, Barton & Wilmer, LLP
111 S. Calvert Street
Suite 1400
Baltimore, MD 21202
Telephone (410) 783-6300
Fax (410) 783-6410
pmfinamore@niles-law.com
babuckwalter@niles-law.com
**Attorneys for Defendant**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of May, 2008, copies of Defendant's Expert Witness Designation were served via e-filing to:

>Kenneth M. Trombly, Esquire
>1050 17th Street, N.W.
>Suite 1250
>Washington, DC  20036
>**Attorney for Plaintiffs**
>
>Earnest Franklin, Jr., Esquire
>Law Offices of Robert Graham Fiore
>Suite L200
>8737 Colesville Road
>Silver Spring, Maryland  20910
>**Attorneys for Defendants Collins**
>
>Padraic Keane, Esquire
>Bayly H. Kirlin, Esquire
>Jordan, Coyne & Savits, LLP
>1100 Connecticut Avenue, NW
>Suite 600
>Washington, D.C. 20036
>**Attorneys for Bilmin Company, Inc.**

>/s/ Brett A. Buckwalter
>BRETT A. BUCKWALTER

ND: 4825-1480-1666, v. 1