UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KRISTEN H. QUIGLEY, et al., :
:
    Plaintiffs, :
:
: CASE NO.: CA 1:07-CV-01873-JDB
:
v. :
:
WENDY J. COLLINS, et al., :
:
    Defendants :
:

## CONSENT MOTION TO EXTEND TIME IN WHICH TO RESPOND TO MOTION FOR SUMMARY JUDGMENT

Plaintiff, with consent of defendants, seeks an approximately ten day extension of the time in which to respond to the pending motion for summary judgment, so that the opposition will be due on June 13, 2008. In support of this motion, plaintiff relies on the accompanying memorandum of points and authorities.

    Respectfully submitted,

    /s/ Kenneth M. Trombly
    Kenneth M. Trombly, #199547
    1050 17th Street, NW
    Suite 1250
    Washington, DC 20036
    (202) 887-5000
    kmt@schultztrombly.com
    *Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KRISTEN H. QUIGLEY, et al.,          :
                                     :
        Plaintiffs,                  :
                                     :
                                     :     CASE NO.: CA 1:07-CV-01873-JDB
                                     :
v.                                   :
                                     :
WENDY J. COLLINS, et al.,            :
                                     :
        Defendants                   :
_____:

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CONSENT MOTION TO EXTEND TIME IN WHICH TO RESPOND TO MOTION FOR SUMMARY JUDGMENT

This case arises out of a collision that occurred on MacArthur Boulevard, NW on September 20, 2004, when plaintiff was involved in a multi-car accident. Because there are certain issues of possible underinsured coverage, plaintiff's auto insurance carrier, Amica – which has filed a motion for summary judgment - was included as a defendant.

The undersigned seeks an approximately ten day extension of time in which to prepare plaintiff's opposition to the pending summary judgment motion, so that it will be due on June 13, 2008. We seek the extension because plaintiff's counsel has had a number of previously scheduled obligations requiring his attention, including an opposition to a summary judgment in another case that was recently briefed. The totality of these various obligations has limited the undersigned's ability to properly address the issues in the pending motion, so that additional time is needed for its completion. As indicated in the title of this motion, defense counsels have consented to the requested extension.

          Respectfully submitted,

/s/ Kenneth M. Trombly
Kenneth M. Trombly, #199547
1050 17th Street, NW
Suite 1250
Washington, DC 20036
(202) 887-5000
kmt@schultztrombly.com
Attorney for Plaintiffs

## Certificate of Service

I certify that copies of the foregoing motion, memorandum of points and authorities and proposed order were mailed this _3_ day of _June_ 2008 to the following:

Earnest Franklin, Jr.
8737 Colesville Rd
Suite L200
Silver Spring, MD 20910

Padraic K. Keane
1100 Connecticut Ave
Suite 600
Washington, DC 20036

Paul M. Finamore
Brett A. Buckwalter
111 S. Calvert St
Suite 1400
Baltimore, MD 21202

*Attorneys for Defendants*

        /s/ Kenneth M. Trombly
        Kenneth M. Trombly

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KRISTEN H. QUIGLEY, et al., :
:
    Plaintiffs, :
:
: CASE NO.: CA 1:07-CV-01873-JDB
:
v. :
:
WENDY J. COLLINS, et al., :
:
    Defendants :
:

### Order

The plaintiffs having filed a consent motion to extend time in which to respond to the motion for summary judgment, it appearing that good cause exists for granting the plaintiffs' motion, it is this _____ day of _____, 2008

ORDERED, that the time in which plaintiffs have in which to file their opposition to the motion for summary judgment, be and is hereby extended to June 13, 2008.

_____
THE HONORABLE JOHN D. BATES
United States District Judge

Copies to:

Kenneth M. Trombly, Esq.
1050 17th Street, NW
Suite 1250
Washington, DC 20036

Earnest Franklin, Jr.
8737 Colesville Rd
Suite L200
Silver Spring, MD 20910

Padraic K. Keane
1100 Connecticut Ave
Suite 600
Washington, DC 20036

Paul M. Finamore
Brett A. Buckwalter
111 S. Calvert St
Suite 1400
Baltimore, MD 21202