UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

KRISTEN H. QUIGLEY, et al.,       *

    Plaintiffs          *

v.                  *

WENDY J. COLLINS, et al.,      *     CASE NO.:  1:07-CV-01873-JDB

    Defendants        *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## PRAECIPE OF PARTIAL DISMISSAL

The Parties, through undersigned counsel, hereby stipulate and agree to the dismissal of

Defendants Amica Mutual Insurance Company, Bilman Company, and Mark Steven McDowell,

*with prejudice*, Parties to bear their own costs.  Plaintiffs' remaining claims against all other

Defendants shall remain open.

Respectfully submitted,

/s/ Kenneth M. Trombly         /s/ Brett A. Buckwalter

KENNETH M. TROMBLY        BRETT A. BUCKWALTER

    Federal Bar #: 199547         Federal Bar #: 478382

Schultz & Trombly, PLLC        Niles, Barton & Wilmer, LLP

1050 17th Street, N.W.         111 S. Calvert Street

Suite 1250                Suite 1400

Washington, DC  20036         Baltimore, MD 21202

Telephone (202) 887-5000       Telephone (410) 783-6300

Fax (202) 457-0343           Fax (410) 783-6410

kmt@schultztrombly.com        babuckwalter@niles-law.com

**Attorney for Plaintiffs**         **Attorneys for Defendant Amica**

/s/ Earnest Franklin, Jr.
EARNEST FRANKLIN, JR.
        Federal Bar #: 362396
Law Offices of Andrew B. Greenspan
Suite L200
8737 Colesville Road
Silver Spring, Maryland  20910
Telephone (301) 588-8036
Fax (301) 588-8183
frankle1@nationwide.com
**Attorneys for Defendants Collins**

/s/ Padraic Keane
PADRAIC KEANE
        Federal Bar #: 486285
Jordan, Coyne & Savits, LLP
1100 Connecticut Avenue, NW
Suite 600
Washington, D.C. 20036
Telephone (202) 496-2486
Fax (202) 496-2800
p.keane@jocs-law.com
**Attorneys for Defendants McDowell
And Bilman Company**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _13th_ day of June, 2008, a copy of the foregoing

Praecipe of Dismissal were served via e-filing to:

> Kenneth M. Trombly, Esquire
> 1050 17th Street, N.W.
> Suite 1250
> Washington, DC  20036
> **Attorney for Plaintiffs**
>
> Earnest Franklin, Jr., Esquire
> Law Offices of Robert Graham Fiore
> Suite L200
> 8737 Colesville Road
> Silver Spring, Maryland  20910
> **Attorneys for Defendants Collins**
>
> Padraic Keane, Esquire
> Bayly H. Kirlin, Esquire
> Jordan, Coyne & Savits, LLP
> 1100 Connecticut Avenue, NW
> Suite 600
> Washington, D.C. 20036
> **Attorneys for Bilman Company, Inc.**

> /s/ Brett A. Buckwalter
> BRETT A. BUCKWALTER