UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

|  |  |  |
|---|---|---|
| **KRISTEN H. QUIGLEY et al.** | * | |
| Plaintiffs | * | |
| v. | * | Case No. 1:07-cv-01873-JDB |
| **WENDY J. COLLINS et al.** | * | |
| Defendants | * | |

___

## DEFENDANTS' MOTION TO COMPEL

COME NOW defendants, Wendy and Michael Collins, by their attorney, Earnest Franklin, Jr., and move pursuant to Federal Rule of Civil Procedure 37, for an order compelling plaintiff Kristen Quigley to answer interrogatories and respond to request for production of documents, and state:

1. The defendant propounded interrogatories and request for production of documents to plaintiff on April 11, 2008.

2. That plaintiff Kristen Quigley has failed to answer discovery to date.

3. That plaintiff's counsel did not object to the interrogatories or request for production of documents.

4. That having received no response to this discovery, defendants' counsel wrote to the plaintiff's counsel on May 14, 2008 (Exhibit 1), and spoke with plaintiff's attorney in

early June 2008, requesting discovery responses. Plaintiff's counsel stated that he would e-mail the responses in the next day or two.

5. That the plaintiff Kristen Quigley has failed to respond to any of the defendants' timely requested discovery.

6. That the defendants have been severely prejudiced in their attempts to prepare an adequate defense to this matter because plaintiff's counsel has never provided any medical records or bills, even in his rule 26 disclosures.

7. That plaintiff should be compelled to answer interrogatories and respond to request for production of documents within ten (10) days.

WHEREFORE, defendant respectfully requests that the plaintiff be compelled to answer Interrogatories and respond to Request for Production of Documents within 10 days.

### POINTS AND AUTHORITIES

1. Federal Rule of Civil Procedure 37

### RULE 37 CERTIFICATE

**I HEREBY CERTIFY** that in accordance with Federal Rule of Civil Procedure 37, the undersigned counsel has made a good faith attempt to resolve this discovery dispute.

Respectfully submitted,

Law Office of Andrew B. Greenspan


_/s/_ Earnest Franklin, Jr._
Earnest Franklin, Jr., Esq. #362396
8737 Colesville Road, Suite L-200
Silver Spring, Maryland 20910
(301) 588-8036
*Attorney for Defendants Collins*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served electronically this 20th day of June, 2008 to:

Kenneth M. Trombly, Esquire
1050 17th Street, N.W., Suite 1250
Washington, D.C. 20036

Padraic K. Keane, Esquire
1100 Connecticut Avenue, N.W.
Suite 600
Washington, D.C. 20036

Paul M. Finamore, Esquire
Brett A. Buckwalter, Esquire
Niles, Barton & Wilmer, LLP
111 S. Calvert Street
Suite 1400
Baltimore, MD  21202


_/s/_ Earnest Franklin, Jr._
Earnest Franklin, Jr. #362396

LAW OFFICES
**ANDREW B. GREENSPAN**

Employees of Nationwide Mutual Insurance Company

ANDREW B. GREENSPAN
EARNEST FRANKLIN, JR.
W BARRY WRAGA

8737 COLESVILLE ROAD
SUITE L200
SILVER SPRING, MARYLAND 20910
--------------------
(301) 588-8036
FAX: (301) 588-8183

PARALEGAL

MARY EDUKAT

May 14, 2008

Kenneth M. Trombly, Esquire
1050 17th Street, N.W., Suite 1250
Washington, D.C. 20036

RE:  Quigley et al v. Collins et al
     Claim No. 52 19 A 686454 09202004 01
     D/A: 09 20 2004
     Case No: CA 1:07-cv-01873-JDB
     File No. 07SI00111

Dear Mr. Trombly:

Defendant Collins' interrogatories and requests for production of documents to plaintiff Kristen H. Quigley were forwarded to you on April 11, 2008. I have not received a response to these discovery requests to date and the responses are overdue. Please forward your client's responses within 10 days so that I am not forced to file a motion to compel.

Very truly yours,

Earnest Franklin Jr.

cc:  Jackie Barmer
     Nationwide Mutual Insurance Company


DEFENDANT'S EXHIBIT 1

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

|  |  |  |
|---|---|---|
| **KRISTEN H. QUIGLEY et al.** | * | |
| Plaintiffs | * | |
| v. | * | Case No. 1:07-cv-01873-JDB |
|  | * | |
| **WENDY J. COLLINS et al.** | * | |
| Defendants | * | |

_____

## ORDER

Upon consideration of the defendants' motion to compel discovery, and any opposition thereto, it is this _____ day of _____ , 2008,

ORDERED that the motion and the same is hereby Granted, and it is

FURTHER ORDERED that the plaintiff shall file answers to interrogatories and responses to request for production of documents within 10 (ten) days of this order.

_____
Judge
U.S. District Court for the District of Columbia

Copies to:

    Earnest Franklin, Jr., Esquire
    8737 Colesville Road, Suite L-200
    Silver Spring, MD 20910

    Kenneth M. Trombly, Esquire
    1050 17th Street, N.W., Suite 1250
    Washington, D.C. 20036

    Padraic K. Keane, Esquire
    1100 Connecticut Avenue, N.W.
    Suite 600
    Washington, D.C. 20036

    Paul M. Finamore, Esquire
    Brett A. Buckwalter, Esquire
    111 S. Calvert Street
    Suite 1400
    Baltimore, MD 21202