UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| **KRISTEN H. QUIGLEY et al.** | * | |
| Plaintiffs | * | |
| | * | Case No. 1:07-cv-01873-JDB |
| v. | * | |
| **WENDY J. COLLINS et al.** | * | |
| Defendants | * | |
| | * | |

_____

## PRAECIPE WITHDRAWING MOTION TO COMPEL

TO THE CLERK:   Please note that Plaintiff Kristen Quigley's responses to interrogatories and requests for production of documents have been received by defendants.  Defendants therefore withdraw their motion to compel as moot.

 

Respectfully submitted,

LAW OFFICES OF ANDREW B. GREENSPAN


 /s/  Earnest Franklin, Jr.____
Earnest Franklin Jr., Esq.  #362396
8737 Colesville Road
Suite L200
Silver Spring, MD  20910
(301) 588 8036
frankle1@nationwide.com
*Attorney for Defendants Collins*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served electronically or by first-class mail, postage prepaid, this 3rd day of July, 2008 to:

Kenneth M. Trombly, Esquire
1050 17th Street, N.W., Suite 1250
Washington, D.C. 20036

/s/  Earnest Franklin Jr.
Earnest Franklin Jr.